UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CONERLY, et al., | No. 2:19-cv-2535 JAM DB PS |
| Plaintiffs, | |
| v. | ORDER |
| SHARIF TARPIN, et al. | |
| Defendants. | |

Plaintiffs James Conerly, Marilyn Tillman-Conerly, and Carina Conerly are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On August 13, 2020, plaintiffs filed a notice of motion for default judgment. (ECF No. 84.) However, on September 28, 2020, plaintiffs filed a second amended complaint. (ECF No. 87.) And on October 5, 2020, plaintiffs again filed a notice of motion for default judgment. (ECF No. 88.) In this regard, plaintiff's August 13, 2020, notice of motion for default judgment has been rendered moot.

Accordingly, IT IS HEREBY ORDERED that plaintiffs' August 13, 2020 motion for default judgment (ECF No. 84) is denied as having been rendered moot.

Dated: February 19, 2021

DLB:6
DB\orders\orders.pro se\conerly2535.mdj.den.ord

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE