David Davidson (State Bar No. 215969)
ddavidson@Ohaganmeyer.com
**O'HAGAN MEYER**
4695 Macarthur Court, Suite 210
Newport Beach, Ca 92660
Tel:   949-942-8500
Fax:   949-942-8510

Attorneys for Defendants
Evalfirst, LLC dba California
Medical Evaluators (erroneously sued as
California Medical Evaluators, Inc.)
and Charmaine Aceituno

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CONERLY, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> KAISER PERMANENTE, ET AL., <br><br> Defendants. | No. 2:19-cv-2535 JAM DB <br><br> **SUBSTITUTION OF ATTORNEY FOR DEFENDANTS EVALFIRST, LLC DBA CALIFORNIA MEDICAL EVALUATORS (ERRONEOUSLY SUED AS CALIFORNIA MEDICAL EVALUATORS, INC.) AND CHARMAINE ACEITUNO; AND ORDER** |

TO THE COURT AND ALL THOSE LISTED ON THE ATTACHED CERTIFICATE OF SERVICE YOU ARE NOTIFIED THAT:

Defendants Evalfirst, LLC dba California Medical Evaluators (erroneously sued as California Medical Evaluators, Inc.) and Charmaine Aceituno hereby substitutes David Davidson of O'Hagan Meyer, 4695 MacArthur Court, Suite 210, Newport Beach, CA 92660 as her attorney of record in the above referenced action as Mr. Davidson has change law firms and desires that Mr. Davidson continue in representing Defendants in this action.

1

DATED: July 5, 2021            **O'HAGAN MEYER**

By: _____
David Davidson, Esq. (SBN 215969)
Attorneys for Defendants
Evalfirst, LLC dba California Medical Evaluators (erroneously sued as California Medical Evaluators, Inc.) and Charmaine Aceituno

**I ACCEPT THIS SUBSTITUTION**

Date: 7/6/2021

*/s/Michael Hall for Evalfirst, LLC*
_____
Michael Hall, CFO of Evalfirst, LLC dba California Medical Evaluators (erroneously sued as California Medical Evaluators, Inc.)

Date: 7/6/2021

*/s/Charmaine Aceituno*
_____
Charmaine Aceituno

## **ORDER**

The foregoing substitution of attorneys is authorized by this Court.

Dated: August 18, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/conerly2535.atty.sub.ord