UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CONERLY, et al., | No. 2:19-cv-2535 JAM DB PS |
| Plaintiffs, | |
| v. | ORDER |
| SHARIF TARPIN, et al. | |
| Defendants. | |

    Plaintiffs are proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On June 7, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and plaintiffs have filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 7, 2021 (ECF No. 149) are adopted in full;

2. Plaintiffs' October 5, 2020 motion for default judgment (ECF No. 88) is denied;

3. Defendants' October 9, 2020 motion to dismiss (ECF No. 89) is granted;

4. Defendants' October 9, 2020 motion to dismiss (ECF No. 90) is granted;

5. Defendants' October 9, 2020 motion to dismiss (ECF No. 91) is granted;

6. Defendants' October 12, 2020 motion to dismiss (ECF No. 92) is granted;

7. Defendants' October 12, 2020 motion to dismiss (ECF No. 93) is granted;

8. Defendants' October 12, 2020 motion to dismiss (ECF No. 94) is granted;

9. Defendants' October 12, 2020 motion to dismiss (ECF No. 95) is granted;

10. Defendants' October 13, 2020 motion for judgment on the pleadings (ECF No. 97) is granted;

11. Defendants' October 29, 2020 motion to dismiss (ECF No. 99) is granted;

12. Defendants' November 6, 2020 motion for sanctions (ECF No. 106) is denied;

13. Defendants' November 10, 2020 motion to dismiss (ECF No. 109) is granted;

14. Plaintiffs' November 20, 2020 motion for default judgment (ECF No. 139) is denied;

15. The second amended complaint filed September 28, 2020 (ECF No. 87) is dismissed without further leave to amend; and

16. This action is closed.

Dated:  September 3, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE